STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-3713
     E-mail:    jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
9/8/22
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

LINK 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF A

GRAND JURY SUBPOENA TO

FULTON MANAGEMENT.

CR Misc. No. 2:22-CM-179

[PROPOSED] ORDER COMPELLING FULTON MANAGEMENT TO COMPLY WITH GRAND JURY SUBPOENA FOR DOCUMENTS

**[UNDER SEAL PURSUANT TO FED. R. CRIM. P. 6(e)]**

GOOD CAUSE HAVING BEEN SHOWN, upon ex parte application by the government, and after consideration of the records and files in this matter, IT IS HEREBY ORDERED that Fulton Management, shall comply with the April 4, 2022, and July 11, 2022, grand jury subpoenas.

Fulton Management is hereby advised that the potential penalties for violating a Federal court order include a finding of criminal and/or civil contempt, which could result in incarceration or a monetary fine.

//

//

IT IS FURTHER ORDERED that this order, the application for the order, and the declaration in support thereof shall be sealed until further order of this court, but the government shall serve this order on counsel for Fulton Management forthwith.

IT IS SO ORDERED.

09/08/22
DATE

HONORABLE
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney